UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRINA KRYLOVA,

        Plaintiff,

    v.

GENENTECH INC.,

        Defendant.

_____/

No. C 12-4120 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant Genentech Inc., and against plaintiff Irina Krylova, on the claims asserted against it.

    **IT IS SO ORDERED**.

Dated: April 14, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge